## U.S. BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                          Case No.: 26-10748-amc
Rhon Parker                        :            Chapter 13
                                   :
                                   :
                  Debtor.          :
                                   :
                                   :
                                   :

## ORDER

The debtor having moved for an extension of time to file the schedules, statement

of affairs and plan as required by Bankruptcy Rule 1007(b),

Now, upon the application of the debtor dated March 10, 2026, and cause having

been shown therefore,

It is hereby ordered that the time of the debtor herein to file the schedules, and

plan required by Bankruptcy Rule 1007(b) is extended until March 25, 2026.

DATED: March 12, 2026        _____

                             UNITED STATES BANKRUPTCY JUDGE