United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                    Case No. 26-10748-amc

Rhon Parker                                                                         Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 1 |
| Date Rcvd: Mar 12, 2026 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol        Definition**

+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 14, 2026:**

**Recip ID              Recipient Name and Address**
db                  + Rhon Parker, 180 Salem Road, Schwenksville, PA 19473-1208

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 14, 2026                    Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 12, 2026 at the address(es) listed below:**

**Name                          Email Address**

GEORGE R. TADROSS
on behalf of Debtor Rhon Parker gtadross@tadrosslaw.com  r55386@notify.bestcase.com;robin@tadrosslaw.com

SCOTT F. WATERMAN [Chapter 13]
ECFMail@ReadingCh13.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 3

**U.S. BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                                        Case No.: 26-10748-amc
Rhon Parker                                  :            Chapter 13
                                             :
                                             :
                     Debtor.                 :
                                             :
                                             :
                                             :

**<u>ORDER</u>**

The debtor having moved for an extension of time to file the schedules, statement

of affairs and plan as required by Bankruptcy Rule 1007(b),

Now, upon the application of the debtor dated March 10, 2026, and cause having

been shown therefore,

It is hereby ordered that the time of the debtor herein to file the schedules, and

plan required by Bankruptcy Rule 1007(b) is extended until March 25, 2026.

DATED: March 12, 2026

_____

UNITED STATES BANKRUPTCY JUDGE