United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 26-10748-amc |
| Rhon Parker | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: May 28, 2026 | Form ID: pdf900 | Total Noticed: 17 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 30, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Rhon Parker, 180 Salem Road, Schwenksville, PA 19473-1208 |
| cr | + | Maple Hill Community Association, Michelle J. Cunningham, 326 West State Street, Media, PA 19063-3861 |
| 15114684 | + | M&T BANK, c/o MATTHEW K. FISSEL, KML Law Group, P.C., 701 Market Street, Suite 5000 Philadelphia, PA 19106-1541 |
| 15126349 | + | Maple Hill Community Association, c/o MICHELLE J. CUNNINGHAM, Marcus & Hoffman, 326 W. State Street, Media, PA 19063-3861 |
| 15126100 | + | Maple Hill Community Association, c/o Michelle J Cunningham, Esquire, 326 W. State Street, Media, PA 19063-3861 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | May 29 2026 01:14:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 29 2026 01:14:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 15137116 | | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | May 29 2026 01:14:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 15107445 | + | Email/PDF: ais.chase.ebn@aisinfo.com | May 29 2026 01:17:37 | Chase Auto Finance, Attn: Bankruptcy, 700 Kansas Lane, La4 - 4025, Monroe, LA 71203-4774 |
| 15107446 | + | Email/Text: bankruptcy@kikoff.com | May 29 2026 01:14:00 | Kikoff, Attn: Bankruptcy, 75 Broadway Suite 226, San Fransico, CA 94111-1458 |
| 15111962 | | Email/PDF: resurgentbknotifications@resurgent.com | May 29 2026 01:17:49 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15107447 | + | Email/Text: camanagement@mtb.com | May 29 2026 01:14:00 | M&T, 626 Commerce Dr, Buffalo, NY 14228-2307 |
| 15124009 | | Email/Text: camanagement@mtb.com | May 29 2026 01:14:00 | M&T BANK, P.O. Box 840, Buffalo, NY 14240-0840 |
| 15114564 | ^ | MEBN | May 29 2026 01:12:54 | M&T BANK, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 15111961 | | Email/PDF: resurgentbknotifications@resurgent.com | May 29 2026 01:17:48 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15111012 | + | Email/PDF: ebn_ais@aisinfo.com | May 29 2026 01:18:12 | T Mobile/T-Mobile USA Inc, by AIS Infosource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15133078 | + | Email/PDF: ebn_ais@aisinfo.com | May 29 2026 01:17:59 | Verizon, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

District/off: 0313-2                          User: admin                                    Page 2 of 2
Date Rcvd: May 28, 2026                       Form ID: pdf900                           Total Noticed: 17
TOTAL: 12

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 30, 2026                    Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 28, 2026 at the address(es) listed below:**

**Name**                        **Email Address**

GEORGE R. TADROSS
                                on behalf of Debtor Rhon Parker gtadross@tadrosslaw.com  r55386@notify.bestcase.com;robin@tadrosslaw.com

MATTHEW K. FISSEL
                                on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com  matthew.fissel@brockandscott.com

MICHELLE J. CUNNINGHAM
                                on behalf of Creditor Maple Hill Community Association mcunningham@marcushoffman.com

SCOTT F. WATERMAN [Chapter 13]
                                ECFMail@ReadingCh13.com

United States Trustee
                                USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 5

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re:
       Rhon Parker

               Debtor

Chapter 13

Bankruptcy No. 26-10748-AMC

ORDER DISMISSING CHAPTER 13 CASE

       AND NOW, after notice and hearing, it is ORDERED that the case is DISMISSED and Debtor is barred from filing bankruptcy, either individually or jointly with a spouse under any section of the code, without prior leave of Court FOR A PERIOD OF TWO YEARS.

       IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.

**Date: May 28, 2026**

_____
ASHELY M. CHAN
U.S. BANKRUPTCY JUDGE